FILED
SUPREME COURT
STATE OF WASHINGTON
JULY 8, 2020
BY SUSAN L. CARLSON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | SUSPENSION ORDER |
| | ) | |
| ADMINISTRATIVE SUSPENSION OF | ) | SUPREME COURT |
| | ) | NO. 201,955-2 |
| ATTORNEYS FOR FAILURE TO COMPLY | ) | |
| | ) | |
| WITH 2020 LICENSING REQUIREMENTS | ) | |

Pursuant to the Rules for Enforcement of Lawyer Conduct (ELC), specifically ELC 15.5(b), and Admission and Practice Rules (APR) 11, 17 and 26, and the Bylaws of the Washington State Bar Association (WSBA), the WSBA Interim Executive Director filed a recommendation that the 136 lawyers named therein be suspended from the practice of law for failure to comply with one or more of the 2020 licensing requirements:  payment of licensing fees and assessments (APR 17(a)(2)(A), WSBA Bylaws Art. III Sec. 1.3); failure to file a trust account declaration (ELC 15.5(b), APR 17(a)(2)(E); failure to file a professional liability insurance disclosure form (APR 26(c), APR 17(a)(2)(D); and failure to comply with mandatory continuing legal education requirements (APR 11(c) and (i), APR 17(a)(2)(C).  The Interim Executive Director's recommendation states that the WSBA delivered 60 days' written notice to each of the named lawyers at their last known address of record by certified mail on March 6, 2020.  The Executive Director's cover letter for the recommendation also indicates that on April 6, 2020, the Bar emailed notice that the May 5 deadline was extended to June 30, 2020. On June 1, 2020, the Bar sent a reminder email and on June 23, 2020, the Bar delivered a final reminder email to all remaining delinquent lawyers.  The recommendation also certifies that the list of lawyers named therein is correct based upon the records of the WSBA.

The Court is satisfied that the following named lawyers have not complied with the 2020 licensing requirements and that they were given the required pre-suspension notice by certified mail.

Page 2
ORDER
No. 201,955-2

IT IS ORDERED:

The following named lawyers are administratively suspended from the practice of law in the State of Washington for failure to comply with the 2020 licensing requirements as specified below:

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 284 | Robert D. Kaplan | Licensing Fees | | | |
| 367 | Byron D Coney | | | | MCLE |
| 479 | Gayle Barry | | | Trust Account | MCLE |
| 700 | Everett Allen Holum | Licensing Fees | | | |
| 774 | James B Remsen | Licensing Fees | | | |
| 2165 | John Craddock Coart III | Licensing Fees | | | |
| 2275 | Ron Perey | Licensing Fees | Insurance | Trust Account | MCLE |
| 2282 | Christopher E. Young | Licensing Fees | | | |
| 2413 | Frank William Birkholz | Licensing Fees | Insurance | Trust Account | MCLE |
| 2617 | Peter E. Peterson | Licensing Fees | | | |
| 3016 | James L. Vandeberg | Licensing Fees | Insurance | Trust Account | MCLE |
| 3506 | Julian Joseph 'Jay' Nuxoll | Licensing Fees | Insurance | Trust Account | MCLE |

Page 3
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 4071 | Ronald Kurt McAdams | Licensing Fees | Insurance | Trust Account | MCLE |
| 4171 | Charles Vernon Johnson | | | | MCLE |
| 4235 | Christopher Carson Evans | Licensing Fees | | | |
| 4508 | Kenneth E. Phillipps | Licensing Fees | Insurance | Trust Account | MCLE |
| 4759 | Edwin Livingston Poyfair | Licensing Fees | | | |
| 5090 | Leonard Spencer Davis | Licensing Fees | | | |
| 5190 | Tim M. Higgins | Licensing Fees | Insurance | Trust Account | MCLE |
| 5383 | Charlotte A. Twight | Licensing Fees | | | |
| 5742 | Fred Michael Misner | | | | MCLE |
| 5913 | John Kirk Bromiley | Licensing Fees | | | |
| 6051 | Marlin Lee Vortman | Licensing Fees | Insurance | Trust Account | MCLE |
| 6302 | Daniel David Syrdal | Licensing Fees | Insurance | Trust Account | MCLE |
| 6425 | Mark Edward Wilson | Licensing Fees | Insurance | Trust Account | MCLE |
| 6770 | Marilyn Wisner Cesarano | Licensing Fees | | | |
| 7651 | Stephen Jackson Hill | Licensing Fees | | | |

Page 4
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 7679 | Rand L. Koler | Licensing Fees | Insurance | Trust Account | |
| 7766 | Jeffrey Jay Stofsky | Licensing Fees | | | |
| 9012 | Katharine Bilimoria Wilcox | Licensing Fees | | | |
| 9157 | Gosta E. Dagg | Licensing Fees | Insurance | Trust Account | MCLE |
| 9302 | Todd Maurice Johnson | Licensing Fees | | | |
| 9534 | Patrick Charles Marshall | Licensing Fees | | | |
| 9612 | Gayle Anne Ihringer | Licensing Fees | | | |
| 13030 | Albert Anthony Lawrence | Licensing Fees | | | |
| 13076 | Douglas G. Bain | Licensing Fees | | | |
| 13486 | Stephen Joseph Garvey | Licensing Fees | | | |
| 13576 | Neal Rice Malmsten | Licensing Fees | | | |
| 13742 | Paul Steven Mudrich | Licensing Fees | | | |
| 14764 | Muriel Miu I Tsang | Licensing Fees | Insurance | Trust Account | |
| 15232 | Marlin Joel Blizinsky | Licensing Fees | Insurance | Trust Account | |
| 16723 | Beverly Ann Barnett | Licensing | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| | | Fees | | | |
| 16750 | Douglas Lowell Davies | Licensing Fees | Insurance | Trust Account | |
| 17979 | David M. Blachman | Licensing Fees | | | |
| 18858 | David Daniel Chandler | Licensing Fees | | | |
| 19417 | Mark Allan Hammer | Licensing Fees | | | |
| 20402 | James Patrick Foley | Licensing Fees | Insurance | Trust Account | MCLE |
| 20522 | Douglas S. Langholz | Licensing Fees | | | |
| 20760 | Barry Burke Barfield | Licensing Fees | Insurance | Trust Account | MCLE |
| 21167 | Michael Charles Strand | Licensing Fees | | | |
| 22201 | Joseph M. Caldwell | Licensing Fees | | | |
| 23064 | Dave Hawkins | Licensing Fees | Insurance | Trust Account | |
| 23549 | Cory Christian Brendel | Licensing Fees | | | |
| 24571 | Lyndee Wells | Licensing Fees | Insurance | Trust Account | |
| 25579 | Robert L. Shaver | Licensing Fees | | | |
| 26761 | Ben Harlan Boyd | | | | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 26841 | Steve Battenberg | Licensing Fees | | | |
| 26895 | Shawna J. Maloy | Licensing Fees | Insurance | Trust Account | MCLE |
| 27234 | Claude Piller | Licensing Fees | Insurance | Trust Account | MCLE |
| 27472 | Sandra L. Ferguson | | | | MCLE |
| 27495 | Pamela Jen Hanlon | Licensing Fees | Insurance | Trust Account | MCLE |
| 29793 | Alice McCarty Adams | Licensing Fees | Insurance | Trust Account | |
| 29882 | J D Williams | Licensing Fees | | | MCLE |
| 29913 | Douglas Holmes Prestrud | | | | MCLE |
| 30170 | David A. Wescott | Licensing Fees | Insurance | Trust Account | MCLE |
| 30177 | Jon Brian Davis | Licensing Fees | Insurance | Trust Account | MCLE |
| 30200 | Rachael Reid | Licensing Fees | Insurance | Trust Account | MCLE |
| 30396 | Dilraj Singh Gosal | Licensing Fees | | | |
| 30756 | Christian John Morgan | | | | MCLE |
| 30937 | Robert Godfrey | Licensing Fees | | | |
| 31279 | James John Lynch | Licensing Fees | | | |

Page 7
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 31329 | Thomas C. Mitchell | Licensing Fees | | | |
| 31747 | Isak Daniel Bressler | Licensing Fees | | | |
| 32064 | Richard Alexander Schneider | Licensing Fees | | | |
| 32199 | Benjamin Sanford Coleman | Licensing Fees | Insurance | Trust Account | |
| 33100 | Christine E. Gardiner | Licensing Fees | | | |
| 33352 | David Andrew Domansky | Licensing Fees | | | |
| 34231 | Jonathan C. Schnal | Licensing Fees | | | |
| 34361 | Manjul Varn Chandola | | | | MCLE |
| 34437 | Albert York Huang | | | | MCLE |
| 35169 | Perfecto Trinidad Galman | Licensing Fees | | | |
| 35225 | Charles J. Wiseman | Licensing Fees | Insurance | Trust Account | |
| 35288 | Barbara A. Brainard | Licensing Fees | | | |
| 35306 | Jill Kappus Shaw | Licensing Fees | | | |
| 35724 | Rodney Brandon Sorensen | Licensing Fees | | | |
| 36840 | Jennifer L. Schorr | Licensing Fees | | | |

Page 8
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 37373 | Charles Lee Mumford | Licensing Fees | | | |
| 37579 | Eric Michael Gutierrez | Licensing Fees | | | |
| 38441 | Amy Sue Baker | Licensing Fees | | | |
| 38529 | Hamilton H. Emery IV | Licensing Fees | Insurance | Trust Account | |
| 38904 | Kyle Stanton Smith | Licensing Fees | | | |
| 39622 | Douglas Scott Reiser | Licensing Fees | | | |
| 40954 | Charles O'Brien | Licensing Fees | | | |
| 41228 | John F. Porter | Licensing Fees | Insurance | Trust Account | MCLE |
| 41709 | Alexander Ying-Chi Chan | Licensing Fees | Insurance | Trust Account | MCLE |
| 42475 | Charles Harold DeVoe | Licensing Fees | | | |
| 42732 | Steven C. Amundson | Licensing Fees | | | |
| 42819 | Michael J. Prodanovich | Licensing Fees | | | |
| 42972 | Frances LeSourd Dewing | Licensing Fees | | | |
| 43225 | Lauren Marie Bjurstrom | Licensing Fees | | | |
| 45029 | Amanda Stewart Hause | Licensing | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| | | Fees | | | |
| 45166 | Karena Leslie Rahall ESQ | Licensing Fees | | | |
| 45429 | Monika Ivanova Tzoneva | | | | MCLE |
| 45852 | Julie Anne Wheaton | Licensing Fees | Insurance | Trust Account | |
| 46003 | Joseph Patrick Fortunato | Licensing Fees | Insurance | Trust Account | |
| 46426 | Jesse Thomas Anderson | Licensing Fees | Insurance | Trust Account | |
| 47991 | Lorie Blount | Licensing Fees | | | |
| 48659 | Andrea Shannon Hunter | Licensing Fees | | | |
| 48929 | Drew Alan Carson | Licensing Fees | Insurance | Trust Account | MCLE |
| 49206 | Brian A. Parry | Licensing Fees | Insurance | Trust Account | MCLE |
| 49503 | Tristan James Lloyd ESQ | Licensing Fees | | | |
| 50120 | Micah David Fargey | | | | MCLE |
| 50203 | Mark Anthony Javier | Licensing Fees | | | |
| 50218 | Thomas D. Allison | Licensing Fees | Insurance | Trust Account | MCLE |
| 50227 | Zachary Emmanuel Pedrazzi | Licensing Fees | Insurance | Trust Account | MCLE |

Page 10
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 50425 | Daniel Robert Forde | Licensing Fees | | | |
| 50699 | Jesse Willier Neilson | Licensing Fees | | | |
| 50824 | Garrett Scott Burrell | Licensing Fees | Insurance | Trust Account | MCLE |
| 51054 | Julian J. Gim | Licensing Fees | | | |
| 51509 | Nancy Dolores Mendez | Licensing Fees | | | |
| 51635 | Susan Kathleen Amato ESQ | Licensing Fees | | | |
| 51863 | Sara Stringfellow | Licensing Fees | Insurance | Trust Account | |
| 51976 | Katherine Lee Hoekman | Licensing Fees | Insurance | Trust Account | |
| 53206 | Steven Wetter | Licensing Fees | Insurance | Trust Account | |
| 53471 | Jane S Jiang | Licensing Fees | Insurance | Trust Account | |
| 53513 | Elissa Wang | Licensing Fees | Insurance | Trust Account | |
| 53863 | Corey Elizabeth Weber | Licensing Fees | | | |
| 53892 | Amanda Mae Kidd | Licensing Fees | | | |
| 54610 | Ronald Cantrell Jones | Licensing Fees | | | |

Page 11
ORDER
No. 201,955-2

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 54713 | Lisa Herme | Licensing Fees | Insurance | Trust Account | |
| 54715 | Leonard Anthony Jackson | Licensing Fees | Insurance | Trust Account | |
| 55010 | Joshua Paul Witteman | Licensing Fees | Insurance | Trust Account | |
| 55131 | Christopher Steven Swanberg | Licensing Fees | Insurance | Trust Account | |

The effective date of suspension is the date of this order. The Washington State Bar Association is directed to notify each of the named lawyers of their suspension from the practice of law for failure to comply with 2020 licensing requirements.

DATED at Olympia, Washington this 8th day of July, 2020.

        For the Court

        _____
        CHIEF JUSTICE